1  GREGORY A. THYBERG SBN102132
   THYBERGLAW
2  8777 Auburn Folsom Rd., Suite C337
3  Granite Bay, California 95746
   Telephone: (916) 204-9173
4  Attorneys For Plaintiff, JAMES BAMBULA

5
   LINDA CLAXTON, CA Bar No. 125729
6  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
7  Los Angeles, CA  90071
   Telephone: (213) 239-9800
8  Attorneys For Defendant, DTE ES OPERATIONS, LLC

9

10              UNITED STATES DISTICT COURT

11         FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13 | JAMES BAMBULA, | ) Case No.:  2:14-cv-02519-MCE-KJN
14 |       Plaintiff, | ) **STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON**
15 |    v. |
16 | DTE ES OPERATIONS, LLC, a limited liability company. |
17 |  | **F. R. CIV. PRO. 41 (a)(1)(A)(ii)**
18 |       Defendants |

   Plaintiff, JAMES BAMBULA and defendant, DTE ES OPERATIONS, LLC by and through their undersigned counsel, hereby enter into the following stipulation:

   Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety.  The parties each shall bear their respective costs and attorney's fees.

| | | |
|---|---|---|
| 1 | DATED:  October 11, 2016 | THYBERG LAW |
| 2 | | |
| 3 | | /S/GREGORY A. THYBERG<br>Gregory Thyberg<br>Attorneys for Plaintiff |
| 4 | | JAMES BAMBULA |

DATED:  October 11, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/S/ LINDA CLAXTON
Linda Claxton
Attorneys for Defendant
DTE ES OPERATIONS, LLC

## ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, this action is hereby dismissed, with prejudice, each side to bear its own costs and attorney's fees.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  October 18, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE